AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund, et al.

             V.

Woodlawn Community Development
Corporation

CASE NUMBER: 09 CV 3983

ASSIGNED JUDGE: Lefkow

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Woodlawn Community Development Corporation
c/o William Miceli, Registered Agent
14 West Erie St.
Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kevin P. McJessy
McJessy, Ching & Thompson
3759 N. Ravenswood, Ste. 231
Chicago, Illinois 60613
(773) 880-1260

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

**(By) DEPUTY CLERK**

July 6, 2009
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____   _____
                Date                       *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE #09 CV 3983
AFFIDAVIT OF SPECIAL PROCESS SERVER

AFFIANT: J. Wachowski

Being first duly sworn on oath deposes and says that he/she was duly appointed by the Court to serve process in the above mentioned case and/or that he/she is a person over the age of 18 and not a party to this action and is authorized by statute to effect Service of Process according to Public Act #85-0907, effective 11-23-87, amending Chapter 110, Section 2-202, of the "Code of Civil Procedure," approved 8-19-81, as amended thereof.

That he/she served the within:

_X_ SUMMONS & COMPLAINT
___ CITATION TO DISCOVER ASSETS
___ RULE TO SHOW CAUSE
___ ORDER:
___ SUBPOENA FOR TRIAL AND/OR DEPOSITION AND/OR RECORDS
___ OTHER:

1. ___ By leaving a copy with the within named defendant_____ personally on _____.

2. ___ On the within named defendant_____ by leaving a copy of same at his/her usual place of abode with_____ a person of the household over the age of 13 and informed that person of the contents on _____ and mailed a copy to _____ at his/her usual place of abode on _____.

3. _X_ On the within defendant company Woodlawn Community Development Corporation by leaving a copy with William Miceli – RA – on 7/09/09.

4. That the sex, race, and approximate age of the person receiving documents are:
Sex __M__ Race __W__ Approximate Age/DOB__50-55__.

5. That the place where and the date and time of service are as follows:
Place: 14 W Erie St., Chicago 60610
Time: 11:12 AM

6. That he/she was unable to serve the within named defendant _____ for the reason _____.

SUBSCRIBED and SWORN
To before me this _____ day
of _____ 200_

_____
Midwest Investigations, Inc
#117-001436